

# COURT OF APPEALS
## SECOND DISTRICT OF TEXAS
### FORT WORTH

## NO. 02-12-00517-CV

| | | |
|---|---|---|
| Dallas Area Rapid Transit ("DART") and Fort Worth Transportation Authority (The "T") | § | From the 236th District Court |
| | § | of Tarrant County (236-226246-07) |
| v. | | |
| | § | November 26, 2014 |
| Agent Systems, Inc. | § | Opinion by Chief Justice Livingston |

## JUDGMENT

This court has considered the record on appeal in this case and holds that there was error in part of the trial court's judgment. It is ordered that the judgment of the trial court is affirmed in part and reversed in part. We affirm the trial court's judgment except for the award of prejudgment and postjudgment interest. We modify the award of postjudgment interest to be five percent, and we remand this case to the trial court solely to determine the date from which prejudgment interest should begin to accrue and to recalculate that interest from the accrual date at the rate of five percent.

It is further ordered that appellants Dallas Area Rapid Transit ("DART") and Fort Worth Transportation Authority (The "T") shall pay all of the costs of this appeal, for which let execution issue.

SECOND DISTRICT COURT OF APPEALS

By  /s/ Terrie Livingston
Chief Justice Terrie Livingston